UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AGE GROUP, LTD,

    Plaintiff,

v.

REGAL LOGISTICS CORP.,

    Defendant.

CASE NO. C07-1303BHS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF CASE SCHEDULE DATES

This matter comes before the Court on Plaintiff's Motion for Extension of Case Schedule Dates (Dkt. 51). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

On February 14, 2008, the Court issued a scheduling order setting the trial date for January 5, 2009 and the deadline for the completion of discovery as September 8, 2008. Dkt. 40. On August 22, 2008, Plaintiff filed a Motion for Extension of Case Schedule Dates. Dkt. 51. On August 28, 2008, Defendant responded. Dkt. 54. On August 29, 2008, Plaintiff replied. Dkt. 56.

The scheduling order may only be modified for good cause. Fed. R. Civ. P. 16(b)(4). Plaintiff claims that, due to unexpected events and other difficulties, it will be

ORDER - 1

unable to complete discovery before the Court's deadline. *Id*. Plaintiff claims that it is receiving discovery on an ongoing basis and needs ample both to schedule and prepare for necessary depositions. *Id*. Plaintiff has shown good cause to modify the Court's scheduling order.

Plaintiff originally requested that the trial dates as well as other upcoming dates be extended 60-90 days. *Id*. Defendant countered that the Court should not alter the dates at all because the discovery delays were Plaintiff's own fault. Dkt. 54. In its reply, Plaintiff conceded that the case could stay on schedule save a one month extension of the discovery deadline and two week extension of the dispositive motion deadline. Dkt. 56. Plaintiff has shown good cause for these limited extensions of pre-trial deadlines.

## III. ORDER

Therefore, it is hereby

**ORDERED** that Plaintiff filed a Motion for Extension of Case Schedule Dates. (Dkt. 51) is **GRANTED**. All discovery must be completed no later than October 7, 2008. All dispositive motions must be filed no later than October 14, 2008.

DATED this 29th day of August, 2008.

BENJAMIN H. SETTLE
United States District Judge